Faud Haghighi, Esq., SBN.: 281724
**THE DISABILITY ACCESS CENTER**
17221 E. 17th St. F, Santa Ana, CA 92705
Tel: (949) 313-7656 · Fax: (714) 515-6533
Email: Fhaghighilaw@gmail.com

Attorney for Plaintiff, ADAM GHADIRI

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ADAM GHADIRI, an individual,

Plaintiff,

vs.

COMMERCIAL RESTORATION COMPANY, a Business Entity, COMMERCIAL RESTORATION COMPANY OF CA, LLC., a California Limited Liability Company and B9 SEQUOIA CERRITOS INDUSTRIAL OWNER LP, a Delaware Limited Partnership,

Defendants.

Case No.: 8:24−cv−01734−DOC−DFM

**NOTICE OF SETTLEMENT**

**TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE pursuant to Central District of California Local Rules, Rule 40-2 that Plaintiff, ADAM GHADIRI ("Plaintiff") has reached a full and comprehensive settlement of this civil action with mutual general releases.

The settlement has been reached involving the Plaintiff and Defendants COMMERCIAL RESTORATION COMPANY, a Business Entity, COMMERCIAL RESTORATION COMPANY OF CA, LLC., a California Limited Liability Company and B9 SEQUOIA CERRITOS INDUSTRIAL OWNER LP, a Delaware Limited Partnership.

DATED: December 13, 2024

**THE DISABILITY ACCESS CENTER**

FAUD HAGHIGHI, ESQ.
Attorney for Plaintiff,
ADAM GHADIRI