Faud Haghighi, Esq., SBN.: 281724
THE DISABILITY ACCESS CENTER
17221 E. 17th St. F, Santa Ana, CA 92705
Tel: (949) 313-7656

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADAM GHADIRI<br><br>Plaintiff(s),<br>v.<br>COMMERCIAL RESTORATION COMPANY, et al.<br><br>Defendant(s). | CASE NUMBER<br>8:24–cv–01734–DOC–DFM<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety. (with prejudice)

☐ The Counterclaim brought by Claimant(s) ______________________ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) ______________________ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) ______________________ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) ______________________

______________________

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by ______________________.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

03/21/2025
*Date*

*Signature of Attorney/Party*

***NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.***

***F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.***